## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEROME ALLEN BARGO,
ADC #75423                                                                                    PLAINTIFF

V.                                    5:12CV00127 JMM/JTR

WENDY KELLEY, Assistant Director,
Arkansas Department of Correction, et al.                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion for a Preliminary Injunction (docket entry #5) is DENIED.

2.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this <u>18th</u> day of <u>May</u>, 2012.

                                                                                                        UNITED STATES DISTRICT JUDGE