# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEROME ALLEN BARGO,
ADC #75423                                                                    PLAINTIFF

V.                             5:12CV00127 JMM/JTR

LARRY MAY, Assistant Director,
Arkansas Department of Correction, et al.                                    DEFENDANTS

## ORDER

On October 18, 2013, the Court entered an Order that denied the majority of Plaintiff's Motion to Compel. *Doc. 91*. However, the Court ordered Defendants to provide Plaintiff with certain information about "prisoners who gave on camera interviews at the Varner Unit in the five years immediately preceding the Defendants' denial of Plaintiff's April 2011 request." *Id.* at 4. The Court subsequently denied Plaintiff's request to reconsider that ruling. *Docs. 92 & 95*.

Plaintiff recently filed a Motion to Strike. *Doc. 94*. In that Motion, Plaintiff alleges that Defendants' Response to the Motion to Compel incorrectly stated that inmate Williford was not interviewed by the Montel Williams show, when he was, in fact, interviewed by that program in 2000. Whether or not inmate Williford was interviewed by the Montel Williams show in 2000 is immaterial because the Court

has determined, for discovery purposes, that the relevant on camera interviews are those that occurred from April 2006 to 2011.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Strike (Doc. #94) is DENIED.

Dated this 12th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE